| | | | |
|---|---|---|---|
| Matter of N.A., et al., YINC 2016 MT 89N | DA 15-0482 Affirmed | 04/12/16 | Dist. 8 (Cascade) |
| Bennett v. 20th Judicial Dist. Ct. | OP 16-0119 Dismissed | 04/12/16 | Original Proceeding Prohibition |
| Von Koenisgberg-Tyrvaldssen v. Kirkegard | OP 16-0204 Denied | 04/12/16 | Original Proceeding Habeas Corpus |
| Smith v. Fender | OP 16-0205 Denied | 04/12/16 | Original Proceeding Habeas Corpus |
| State v. Bruce 2016 MT 92N | DA 14-0620 Affirmed | 04/19/16 | Dist. 4 (Missoula) |
| Horton v. 1st Jud. District Court | OP 16-0213 Denied | 04/19/16 | Original Proceeding Mandamus |
| State v. Lance 2016 MT 97N | DA 15-0329 Affirmed | 04/26/16 | Dist. 21 (Ravalli) |
| Horton v. State | OP 16-0228 Denied | 04/26/16 | Original Proceeding Habeas Corpus |
| Archer v. Fender | OP 16-0229 Denied | 04/26/16 | Original Proceeding Habeas Corpus |
| Torres v. 13th Jud. District Court | OP 16-0230 Denied | 04/26/16 | Original Proceeding Mandamus |
| Cooksey v. State 2016 MT 99N | DA 15-0130 Affirmed | 05/03/16 | Dist. 14 (Musselshell) |
| State v. Gilhousen 2016 MT 100N | DA 15-0396 Affirmed | 05/03/16 | Dist. 18 (Gallatin) |
| Marriage of McLain 2016 MT 106N | DA 15-0699 Affirmed | 05/10/16 | Dist. 6 (Park) |
| MT Opticom v. Holsinger 2016 MT 107N | DA 15-0728 Affirmed | 05/10/16 | Dist. 18 (Gallatin) |